FILED
October 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VI A. LE, )<br>Defendant. )<br>_____ ) | Case No. MAG. 10-0293-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release VI A. LE, Case No. MAG. 10-0293-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $125,000.00

    _X_  Unsecured Appearance Bond ($25,000.00)

    _X_  Secured Appearance Bond ($100,000.00)

    _X_  (Other) Conditions as stated on the record.

    _X_  (Other) The secured bond paperwork is to be filed by 10/28/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10-07-10  at  2:31 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge