JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VI A. LE, et al.,<br><br>Defendants. | ) No. CR-S-10-443 JAM<br>)<br>)<br>) STIPULATION AND<br>) ORDER CONTINUING STATUS<br>) CONFERENCE<br>)<br>)<br>)<br>) Judge: Honorable John A. Mendez<br>)<br>)<br>)<br>) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Vi A. Le, John R. Manning, Esq., counsel for defendant Tony Sek Mun, Douglas J. Beevers, Esq., and counsel for defendant Dong Ping Huang, Olaf W. Hedberg, Esq., that the status conference presently set for December 7, 2010 be **continued to February 8, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 8, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: November 30, 2010     /s/  John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Vi A. Le

Dated: November 30, 2010     /s/  Douglas J. Beevers
                             DOUGLAS J. BEEVERS
                             Attorney for Defendant
                             Tony Sek Mun

Dated: November 30, 2010     /s/  Olaf W. Hedberg
                             OLAF W. HEDBERG
                             Attorney for Defendant
                             Dong Ping Huang

Dated: November 30, 2010     Benjamin B. Wagner
                             United States Attorney

                        by:  /s/ Todd D. Leras
                             TODD D. LERAS
                             Assistant U.S. Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VI A. LE, et al.,<br><br>Defendants. | No. CR-S-10-0443 JAM<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the December 7, 2010 status conference be continued to February 8, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to February 8, 2011.

IT IS SO ORDERED.
Dated: 12/1/2010                                    /s/ John A. Mendez
                                                             John A. Mendez
                                                             United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com