JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-443 JAM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ) ORDER CONTINUING STATUS ) CONFERENCE |
| VI A. LE, et al., | ) Date: June 21, 2011 ) Time: 9:30 a.m. ) Judge: Honorable John A. Mendez |
| Defendants. | ) |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Vi A. Le, John R. Manning, Esq., counsel for defendant Tony Sek Mun, Douglas J. Beevers, Esq., and counsel for defendant Dong Ping Huang, Olaf W. Hedberg, Esq., that the status conference presently set for May 10, 2011 be **continued to June 21, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

    Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 21, 2011.

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: May 6, 2011                                           /s/  John R. Manning
                                                            JOHN R. MANNING
                                                            Attorney for Defendant
                                                            Vi A. Le

Dated: May 6, 2011                                           /s/  Douglas J. Beevers
                                                            DOUGLAS J. BEEVERS
                                                            Attorney for Defendant
                                                            Tony Sek Mun

Dated: May 6, 2011                                           /s/  Olaf W. Hedberg
                                                            OLAF W. HEDBERG
                                                            Attorney for Defendant
                                                            Dong Ping Huang


Dated: May 6, 2011                                          Benjamin B. Wagner
                                                            United States Attorney

                                                      by:   /s/ Todd D. Leras
                                                            TODD D. LERAS
                                                            Assistant U.S. Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>VI A. LE, et al.,<br><br>  Defendants. | No. CR-S-10-0443 JAM<br><br>ORDER TO<br> CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the May 10, 2011 status conference be continued to June 21, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to June 21, 2011.

IT IS SO ORDERED.
Dated: 5/9/2011                              /s/ John A. Mendez
                                             John A. Mendez
                                             United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com