JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VI A. LE, et al.,<br><br>Defendants. | No. CR-S-10-443 JAM<br><br>STIPULATION AND<br>CONTINUING STATUS CONFERENCE<br><br>Date: August 30, 2011<br>Time: 9:30 a.m.<br>Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Vi A. Le, John R. Manning, Esq., counsel for defendant Tony Sek Mun, Douglas J. Beevers, Esq., and counsel for defendant Dong Ping Huang, Olaf W. Hedberg, Esq., that the status conference presently set for August 2, 2011 be **continued to August 30, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, August 30, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Dated: July 28, 2011  /s/ John R. Manning  
JOHN R. MANNING  
Attorney for Defendant  
Vi A. Le

Dated: June 28, 2011  /s/ Douglas J. Beevers  
DOUGLAS J. BEEVERS  
Attorney for Defendant  
Tony Sek Mun

Dated: June 28, 2011  /s/ Olaf W. Hedberg  
OLAF W. HEDBERG  
Attorney for Defendant  
Dong Ping Huang

Dated: June 28, 2011  Benjamin B. Wagner  
United States Attorney

by:  /s/ Todd D. Leras  
TODD D. LERAS  
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VI A. LE, et al.,

    Defendants.

No. CR-S-10-0443 JAM

ORDER TO
CONTINUE STATUS CONFERNCE

GOOD CAUSE APPEARING, it is hereby ordered that the August 2, 2011 status conference be continued to August 30, 2011 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to August 30, 2011.

IT IS SO ORDERED.
Dated: 8/1/2011

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com