JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VI A. LE, et al.,<br><br>　　　　Defendants. | No. CR-S-10-443 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date:　January 17, 2012<br>Time:　9:30 a.m.<br>Judge:　Honorable John A. Mendez |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with counsel for defendant Vi A. Le, John R. Manning, Esq., counsel for defendant Tony Sek Mun, Douglas J. Beevers, Esq., and counsel for defendant Dong Ping Huang, Olaf W. Hedberg, Esq., that the status conference presently set for January 17, 2012 be **continued to February 14, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

　　　　The defendants speak Cantonese and require the services of an interpreter in order to communicate effectively with counsel.  The Government has recently provided counsel for the defendants proposed plea agreements in this matter.  Counsels for the defendants need additional time to meet with the defendants (with the interpreter) in order to complete their review the discovery; investigations reports; discussion and analysis of relevant USSG calculations; and, review the plea agreement(s).  Counsel for the defendants believes this continuance is necessary

PDF created with pdfFactory trial version www.pdffactory.com

in order to effectively communicate the terms of the proposed settlement; its consequences; and, to answer questions by the defendants on how to proceed. It is anticipated at least one, if not more, of the defendants will change their plea at the next (proposed) hearing date (2/14/12).

Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 14, 2012.

IT IS SO STIPULATED.

Dated: January 10, 2012                          /s/ John R. Manning
                                                 JOHN R. MANNING
                                                 Attorney for Defendant
                                                 Vi A. Le

Dated: January 10, 2012                          /s/ Douglas J. Beevers
                                                 DOUGLAS J. BEEVERS
                                                 Attorney for Defendant
                                                 Tony Sek Mun

Dated: January 10, 2012                          /s/ Olaf W. Hedberg
                                                 OLAF W. HEDBERG
                                                 Attorney for Defendant
                                                 Dong Ping Huang


Dated: January 10, 2012                          Benjamin B. Wagner
                                                 United States Attorney

                                        by:      /s/ Todd D. Leras
                                                 TODD D. LERAS
                                                 Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VI A. LE, et al.,<br><br>　　　　Defendants. | No. CR-S-10-0443 JAM<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

　　　　GOOD CAUSE APPEARING, it is hereby ordered that the January 17, 2012 status conference be continued to February 14, 2012 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to February 14, 2012.

IT IS SO ORDERED.
Dated: 1/11/2012　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com