JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>VI A. LE,<br><br>　　　Defendant. | No. CR-S-10-443-TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT SENTENCING<br><br>Date:　February 19, 2015<br>Time:　9:30 a.m.<br>Judge: Troy L. Nunley |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for December 11, 2014. Counsel for the parties request the date for judgment and sentencing be continued to February 19, 2015 at 9:30 a.m. Counsel for Mr. Le needs additional time to meet with Mr. Le, review the anticipated PSR; and, discuss the findings and recommendations therein. Assistant U.S. Attorney Christiaan Highsmith and USPO Paul Mamaril have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**　　　　　　　　　　　　　　**2/19/15**

1

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | 2/12/15 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/5/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 1/29/15 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 1/22/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 1/8/15 |

IT IS SO STIPULATED.

Dated: November 13, 2014         /s/  John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Vi A. Le

Dated:                           Benjamin B. Wagner
                                 United States Attorney

                         by:     /s/  Christiann Highsmith
                                 CHRISTIAAN HIGHSMITH
                                 Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of November, 2014.

_/s/ Troy L. Nunley_
Troy L. Nunley
United States District Judge

2