JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-443-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT SENTENCING |
| v. | |
| VI A. LE, | Date: April 23, 2015<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |
| Defendant. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for March 12, 2015. Counsel for the parties request the date for judgment and sentencing be continued to April 23, 2015 at 9:30 a.m. Counsel for Mr. Le has been in trial and needs additional time to meet with Mr. Le, review the PSR; and, discuss the findings and recommendations therein. Assistant U.S. Attorney Christiaan Highsmith and USPO Paul Mamaril have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**               **4/23/15**

Reply, or Statement of Non-Opposition:           4/16/15

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 4/9/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 4/2/15 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 3/26/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: February 11, 2015             /s/  John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Vi A. Le


Dated: February 12, 2015             Benjamin B. Wagner
                                     United States Attorney

                              by:    /s/ Christiaan Highsmith
                                     CHRISTIAAN HIGHSMITH
                                     Assistant U.S. Attorney


## ORDER

IT IS SO FOUND AND ORDERED this 12th day of February, 2015.

_____
Troy L. Nunley
United States District Judge