JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-443-TLN |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING JUDGMENT SENTENCING |
| v. | ) ) | |
| VI A. LE, | ) ) ) | Date:  June 18, 2015 Time:  9:30 a.m. |
| Defendant. | ) ) ) ) | Judge: Troy L. Nunley |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for May 21, 2015. Counsel for the parties request the date for judgment and sentencing be continued to June 18, 2015 at 9:30 a.m. Counsel for Mr. Le needs additional time to meet with Mr. Le, review the PSR; discuss the findings and recommendations therein, and draft the sentencing memorandum. Assistant U.S. Attorney Christiaan Highsmith and USPO Paul Mamaril have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                   **6/18/15**

   Reply, or Statement of Non-Opposition:                              6/11/15

1

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:      n/a

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:      n/a

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:      n/a

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:      n/a

IT IS SO STIPULATED.

Dated: May 12, 2015                    /s/  John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Vi A. Le

Dated: May 12, 2015                    Benjamin B. Wagner
                                        United States Attorney

                               by:     /s/  Christiaan Highsmith
                                        CHRISTIAAN HIGHSMITH
                                        Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of May, 2015.

                                        Troy L. Nunley
                                        United States District Judge