JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
VI A. LE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VI A. LE,<br><br>　　　　Defendant. | ) No. CR. S-10-443-TLN<br>)<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING JUDGMENT<br>) SENTENCING<br>)<br>)<br>) Date:　August 13, 2015<br>) Time:　9:30 a.m.<br>) Judge: Troy L. Nunley<br>)<br>)<br>) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for June 18, 2015. Counsel for the parties request the date for judgment and sentencing be continued to August 13, 2015 at 9:30 a.m. Counsel for Mr. Le needs additional time to research and draft the defendant's sentencing memorandum. Additionally, counsel for Mr. Le has identified an additional witness who has information relevant to Mr. Le's sentencing. Counsel for Mr. Le needs additional time to interview this witness and incorporate this witness' information into the defendant's sentencing memorandum. Assistant U.S. Attorney Christiaan Highsmith and USPO Paul Mamaril have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | 8/13/15 |
| Reply, or Statement of Non-Opposition: | 8/6/15 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: June 3, 2015                                    /s/  John R. Manning
                                                                  JOHN R. MANNING
                                                                  Attorney for Defendant
                                                                  Vi A. Le


Dated: June 4, 2015                                    Benjamin B. Wagner
                                                                  United States Attorney

                                                    by:    /s/ Christiaan Highsmith
                                                                  CHRISTIAAN HIGHSMITH
                                                                  Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of June, 2015.

                                                                  Troy L. Nunley
                                                                  United States District Judge

2