JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
Vi A. Le

**FILED**
AUG 29 2016
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  VI A. LE,  Defendant. | No. 2:10 CR 443 TLN  APPLICATION AND ORDER EXONERATING BOND |

On August 13, 2015, defendant Vi A. Le was sentenced. Defendant previously posted a $100,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: August 29, 2016                    /s/ John R. Manning
                                          Attorney for Defendant
                                          Vi A. Le

IT IS SO ORDERED.

DATED: 8-29-16                            _____
                                          HONORABLE DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE

1